No. 12–0108/AF. U.S. v. Megan L. Cooper. CCA S31727. On consideration of Appellee's motion to supplement the record and Appellant's motion to remand, it is ordered that said motions are hereby denied.

No. 12–0196/AF. U.S. v. Timothy R. Estes. CCA S31886. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 3, 2012.

No. 12–0198/NA. U.S. v. Calvin D. Griffitts. CCA 201000673. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 3, 2012.

No. 12–0167/AR. U.S. v. Dantonio L. Lynch. CCA 20110086. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.* [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 10–5004/AF. U.S. v. Ryan D. Humphries. CCA 37491. Review granted on the following issue:

> WHETHER A CONTESTED ADULTERY SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE AN ARTICLE 134 TERMINAL ELEMENT BUT THAT WAS NOT CHALLENGED AT TRIAL STATES AN OFFENSE.

Briefs will be filed under Rule 25.

No. 12–0053/AR. U.S. v. Richard L. Easton. CCA 20080640. Review granted on the following issue:

> WHETHER THE ARMY COURT ERRED IN HOLDING THE APPELLANT'S TRIAL DID NOT VIOLATE HIS CONSTITUTIONAL RIGHT AGAINST DOUBLE JEOPARDY BECAUSE JEOPARDY DID NOT ATTACH AND EVEN IF IT DID, MANIFEST NECESSITY JUSTIFIED THE CONVENING AUTHORITY'S DECISION TO WITHDRAW CHARGES.

Briefs will be filed under Rule 25.

---

\* It is directed that the promulgating order be corrected to reflect that the finding of the Specification of Charge I was Guilty, except the words 'locking her bedroom door and'; Of the excepted words: Not guilty.